Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

RECEIVED
NOV 19 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota
_____ Division

| | |
|---|---|
| Randi Lynn Erickson (RANDI LYNN ERICKSON) ) ) ) ) *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) ) ) ) ) -v- ) ) Craig Randall Sawyer ) Robert Hamer ) Kim Picazio (aka KIM L.PICAZIO) ) ) ) *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 21cv2536 ECT/KMM (to be filled in by the Clerk's Office) |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Randi Lynn Erickson |
| Street Address | 9285 205th Ave NW |
| City and County | Elk River, Anoka County |
| State and Zip Code | Minnesota, 55330 |
| Telephone Number | 763-441-4383 |
| E-mail Address | randi@realestateexperts.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

SCANNED
NOV 19 2021
U.S. DISTRICT COURT ST. PAUL

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Craig Randall Sawyer |
| Job or Title (if known) | Entrepreneur |
| Street Address | 7320 N La Cholla Blvd - Suite 154-302 |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona, 85741 |
| Telephone Number | 520-210-7499 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Kim L. Picazio |
| Job or Title (if known) | Attorney |
| Street Address | 100 SE 3rd Ave |
| City and County | Fort Lauderdale, Broward |
| State and Zip Code | Florida, 33394 |
| Telephone Number | 954-467-5558 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Robert Hamer |
| Job or Title (if known) | Author / Advisor Veterans For Child Rescue Inc |
| Street Address | 7320 N La Cholla Blvd - Suite 154-302 |
| City and County | Tuscon, Pima County |
| State and Zip Code | Arizona, 85741 |
| Telephone Number | 520-210-7499 |
| E-mail Address (if known) | bob@bobhamer.net |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S. Code § 1951 - Interference with commerce by threats or violence
18 U.S. Code § 875 - Interstate communications
18 U.S. Code § 241 - Conspiracy against rights
18 USC 1001 - The General Federal False Statements Statute
14th Amendment - Due Process of Law

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

      The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.    Where did the events giving rise to your claim(s) occur?
        The events occurred in Minnesota, North Dakota, Wisconsin, Florida and other states.

   B.    What date and approximate time did the events giving rise to your claim(s) occur?
        SEE ATTACHED

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/19/2021

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Randi Lynn Erickson

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The injuries being sustained are going to ultimately result in death for me and there is no monetary compensation for ending my life. The sustained assault on me continues daily and there is no end without relief from the Court. There is a great risk to Public Safety as well because I am providing the U.S. Military actionable evidence regarding crimes against humanity which Defendants are trying to prevent.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED

A. Federal Question

18 U.S. Code § 1951 - Interference with commerce by threats or violence 18 U.S. Code § 875 - Interstate communications 18 U.S. Code § 241 - Conspiracy against rights 18 USC 1001 - The General Federal False Statements Statute 14th Amendment - Due Process of Law 1st Amendment - Freedom of Speech

III. Statement of Claim

B. What date and approximate time did the events giving rise to your claim(s) occur?

The plan to extort, kidnap, torture, and murder me, Randi Lynn Erickson, and members of my family including minor grandchildren, began on August 26, 2019 in Grand Forks, North Dakota. Defendants continued to advance and enhance the plans of kidnapping, torture, extortion and murder until the present date.

In August of 2020 Craig Randall Sawyer, Bob Hamer, James Hill, and Vice Admiral Charles W. Moore, began transmitting threatening messages, including threats of kidnap, rape, torture, and murder, via interstate electronic communication to me, Randi Erickson, and Timothy Charles Holmseth, through the comment line of www.timothycharlesholmseth.com using various email accounts registered to an account located at @vets4childrescue.org. The threats included claims of association with the United States Military and Army Base located at Fort Campbell, Kentucky. The threats continued in various forms through various operatives and agents and continue to this present day.

III. Statement of Claim – C.

I am a licensed real estate broker in the State of Florida. My license number is B3010067. I am a licensed abstractor in the State of Minnesota. My abstractor license number is 40605145. I am a Notary Public in and for the State of Minnesota – Commission #: 20049304. I am a former Tribunal Judge for City of Blaine, Minnesota. Blaine has a population of 71,000. I am also a former city council member for the City of Nowthen, Minnesota. I am acting trustee/escrow officer/publisher of www.timothycharlesholmseth.com and www.writeintoaction.com.

I am a member of a task force created through a liaison to President Donald J. Trump operating under Joint Special Operations Command that gathers actionable intelligence of international crimes with the United States Army Intelligence Support Activity under the name Pentagon Pedophile Task Force (PPTF) which is confirmed by a Pentagon JAG via Sergeant Robert Horton.

I have been criminally targeted for full spectrum personal and professional ruination, including kidnap, torture, and assassination, based solely on the fact that in 2019 I became a member of the Pentagon Pedophile Task Force wherein I gathered and turned over evidence to the United States military via my assigned liaison to Joint Special Operations Command and President Donald J. Trump, who serves on three Presidential Commissions under President Donald J. Trump including a commission for human trafficking and a commission on judicial corruption.

Defendants Craig Randall Sawyer, Kim L. Picazio, and Robert Hamer, through their own actions, and actions of their Agents, conspired to issue kidnap, torture, rape, and murder threats to me and other task force members as part of a plan to stop me and task force members from communicating with the U.S. Military, Department of Homeland Security, FEMA, FBI, U.S. Border Patrol, state governors, law enforcement, and others regarding them (Craig Randall Sawyer, Kim L. Picazio, Robert Hamer).

The organized criminal scheme that was deployed by Craig Randall Sawyer, Kim L. Picazio, and Robert Hamer against me contains a dynamic that utilizes the State-level judicial system and Family Court Divisions to fraudulently obtain restraining orders that are being used to improperly stop my electronic interstate communication through use of county level court orders. There is evidence proving a well-established scheme that begins in the civil division, and then, by design, are converted to the criminal division, whereupon the target of the scheme is arrested for exercising their First Amendment and falsely imprisoned.

Defendants Craig Randall Sawyer, Kim L. Picazio, and Robert Hamer have made materially false statements in Petitions requesting harassment-restraining orders against me and task force members wherein they claim I threatened them and followed them, when in fact, I have NEVER MET ANY OF THEM nor have I ever communicated with any of them nor have I ever gone to where they live.

My role for the PPTF is to gather intelligence and electronically communicate it to agencies.

The aforementioned judicial scheme is presently being used in Minnesota in an effort to physically force and/or lure me into a trap set at a local courthouse whereupon my arrival, and/or while in transport, Defendants Craig Randall Sawyer, Kim L. Picazio, and Robert Hamer, and/or their Agents, will make good on their written threats to kidnap and murder me.

The judicial scheme deployed against me involves co-conspirators who are Agents of the Anoka County Sheriff's Office in Minnesota. On September 14, 2020 I contacted Christopher Beck, investigator, Anoka County Sheriff's Office, and advised Beck I was a member of a task force gathering information for the U.S. Military via a JSOC liaison on a Presidential Commission. I provided Beck information about Defendant Craig Randall Sawyer and Kim L. Picazio and others. I advised Beck that I was being subjected to retaliation for my work with the task force. For instance, I advised Beck that Craig Randall Sawyer published a homemade WANTED/REWARD poster on his Tactical Insider paramilitary website calling me a "fugitive" and offering thousands of dollars in rewards for tips about my whereabouts through a telephone number with an area code of Washington DC. The Anoka County Sheriff's Office was aware of flyers being physically posted around Minnesota, and postcards being mailed via the U.S. Postal Service to my associates, featuring the photo of a task force member, his vehicle, license plate number, with claims he is a domestic terrorist who is plotting to kidnap children and kill law enforcement.

PROOF of all statements and claims contained herein will be made available to the Court immediately upon request.

## V. Relief

I am requesting the federal court Vacate all the state level court orders against me, Randi Lynn Erickson which are presently being used to violate my rights.

I request the following Orders be VACATED (as well as any other Orders that have been entered in secret).

Anoka County, Minnesota Case Numbers:

02-CV-21-4500 – Kim Picazio vs. RANDI LYNN ERICKSON

02-CV-21-4617 – Robert Hamer vs. Randi Lynn Erickson

02-cv-21-4480 – Craig Sawyer vs. Randi Lynn Erickson