

**CIVIL DIVISION**

P.O. Box 9507
Fort Lauderdale
Florida, 33310

sheriff.org

26-2536 ED/ETW



FEB 15 2022

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
FEB 16 2022
U.S. DISTRICT COURT MPLS



Presort
First Class Mail
ComBasPrice



US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 33312 $ 000.42⁶
02 4W
0000370651 JAN 12 2022

145 LBCAS5B 55330

# BROWARD COUNTY SHERIFF'S OFFICE
2601 West Broward Blvd Fort Lauderdale, Florida 33312

Sheriff # 21059212

Randi Lynn Erickson VS Craig Randall Sawyer, et al

Type of Writ: Summons/Complaint

Serve: **Kim Picazio**  100 SE 3 Avenue  Fort Lauderdale FL 33394

# RETURN OF SERVICE

Court Case # 21-cf-02536-ECT-KMM

Hearing Date:
Received by CCN 15851
12/13/2021 10:34 AM

Court: United States District Court / FL

| | |
|---|---|
| Served: | ☐ |
| Not Served: | X |

Town Centre Real Estate Services, LLC
9285 205th Ave NW
Elk River MN 55330

Date: 01/04/2022  Time: 11:45 AM

**Service Attempts:**

| Date | Time | Name | Address |
|---|---|---|---|
| 12/13/2021 | 12:15 PM | Moten/15851 | 100 SE 3 Avenue  Fort Lauderdale FL 33394 |
| | Notes: No suite number provided. | | |
| 12/14/2021 | 10:30 AM | Moten/15851 | 100 SE 3 Avenue  Fort Lauderdale FL 33394 |
| | Notes: Suite Number 2024. Unavailable per receptionist, left card. | | |
| 12/20/2021 | 10:30 AM | Moten/15851 | 100 SE 3 Avenue  Fort Lauderdale FL 33394 |
| | Notes: Per receptionist respondent will not be back until after the holiday season. | | |

**COMMENTS**: Unavailable. Unknown return date to the office per receptionist.

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

**Gregory Tony, Sheriff**
**Broward County, Florida**

By: _/s/ A. Moten_  D.S.

A. Moten, #15851

| RECEIPT INFORMATION | | EXECUTION COSTS | | DEMAND/LEVY INFORMATION | |
|---|---|---|---|---|---|
| Receipt # | 22774 | Service | $50.00 | Judgment Date | n/a |
| Check # | 10402 | | | Judgment Amount | $0.00 |
| Service Fee | $50.00 | | | Current Interest Rate | 0.00% |
| On Account | $0.00 | | | Interest Amount | $0.00 |
| Quantity | | | | Liquidation Fee | $0.00 |
| Original | 1 | | | Sheriff's Fees | $50.00 |
| Services | 1 | | | Sheriff's Cost | $0.00 |
| | | | | Total Amount | $50.00 |

| BROWARD COUNTY SHERIFF'S OFFICE | RETURN OF SERVICE |
|---|---|
| 2601 West Broward Blvd Fort Lauderdale, Florida 33312 | |
| Sheriff # 21059212 | Court Case # 21-cf-02536-ECT-KMM |
| Randi Lynn Erickson VS Craig Randall Sawyer, et al | Hearing Date: |
| | Received by CCN 15851 |
| | 12/13/2021 10:34 AM |
| Type of Writ: Summons/Complaint | Court: United States District Court / FL |

Serve: **Kim Picazio**   100 SE 3 Avenue   Fort Lauderdale FL 33394

| | | |
|---|---|---|
| **Served:** | ☐ | Town Centre Real Estate Services, LLC |
| **Not Served:** | ☒ | 9285 205th Ave NW |
| | | Elk River MN 55330 |

Date: 01/04/2022   Time: 11:45 AM

### Service Attempts:

| Date | Time | Name | Address |
|---|---|---|---|
| 12/13/2021 | 12:15 PM | Moten/15851 | 100 SE 3 Avenue Fort Lauderdale FL 33394 |
| | **Notes:** No suite number provided. | | |
| 12/14/2021 | 10:30 AM | Moten/15851 | 100 SE 3 Avenue Fort Lauderdale FL 33394 |
| | **Notes:** Suite Number 2024. Unavailable per receptionist, left card. | | |
| 12/20/2021 | 10:30 AM | Moten/15851 | 100 SE 3 Avenue Fort Lauderdale FL 33394 |
| | **Notes:** Per receptionist respondent will not be back until after the holiday season. | | |

**COMMENTS**: Unavailable. Unknown return date to the office per receptionist.

**You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"**

**Gregory Tony, Sheriff**
**Broward County, Florida**

By: _[signature]_   D.S.
A. Moten, #15851

| RECEIPT INFORMATION | | EXECUTION COSTS | | DEMAND/LEVY INFORMATION | |
|---|---|---|---|---|---|
| Receipt # | 22774 | Service | $50.00 | Judgment Date | n/a |
| Check # | 10402 | | | Judgment Amount | $0.00 |
| Service Fee | $50.00 | | | Current Interest Rate | 0.00% |
| On Account | $0.00 | | | Interest Amount | $0.00 |
| Quantity | | | | Liquidation Fee | $0.00 |
| Original | 1 | | | Sheriff's Fees | $50.00 |
| Services | 1 | | | Sheriff's Cost | $0.00 |
| | | | | Total Amount | $50.00 |

# Broward County Sheriff's Office

2601 West Broward Blvd
Fort Lauderdale, FL 33312
Phone: 954-831-8774    Fax: 954-321-4575



## Payment Receipt

**Payment made by:** Town Centre Real Estate Services, LLC
9285 205th Ave NW
Elk River MN 55330

| | |
|---|---|
| **Payment Date:** | 12/10/2021 |
| **Payment Type:** | Check |
| **Check Number:** | 10402 |
| **Receipt Number:** | 22774 |
| **Payment Amount:** | 50.00 |

Court Case #: 0:21-cv-02536-ECT-KMM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Randi Lynn Erickson

Plaintiff(s),

v.   Case No. 0:21-cv-02536-ECT-KMM

Craig Randall Sawyer et al.

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: Kim Picazio

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Randi Lynn Erickson
> 9285 205th Ave NW
> Elk River, MN 55330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: *Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance: November 19, 2021

Defendant No. 1
    Name: Craig Randall Sawyer, individally and as Principal
    Job or Title *(if known)*: Subcontractor /NGO/Enterprenuer
    Street Address: unknown
    City and County:
    State and Zip Code:
    Telephone Number: 520-210-7499
    E-mail Address *(if known)*:

*[handwritten margin note: "Please Serve"]*

Defendant No. 2
    Name: Kim L. Picazio aka Kim Picazio, individually and as Principal
    Job or Title *(if known)*: Attorney & Principal, The Law Firm of Kim L. Picazio, PA
    Street Address: 100 SE 3rd Ave.
    City and County: Fort Lauderdale, (Broward)
    State and Zip Code: Florida 33394
    Telephone Number: 954-467-5558
    E-mail Address *(if known)*:

Defendant No. 3
    Name: Robert Hamer, individually and as agent
    Job or Title *(if known)*: Advisory Board, Vets for Child Rescue
    Street Address: unknown
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*: bob@bobhamer.net

Defendant No. 4
    Name: Vets for Child Rescue
    Job or Title *(if known)*:
    Street Address: 7320 N. Cholla Blvd - Suite 154-302
    City and County: Tuscon, (Pima)
    State and Zip Code: AZ
    Telephone Number: 85741
    E-mail Address *(if known)*:

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21-cv-02536-ECT-KMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                               *Server's signature*

                               _____
                                               *Printed name and title*

                               _____
                                               *Server's address*

Additional information regarding attempted service, etc:

TOWN CENTRE REAL ESTATE SERVICES, LLC
9285 205TH AVE.
ELK RIVER, MN 55330
612-701-9800
TERRY@REALESTATEEXPERTS.COM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Randi Lynn Erickson

Plaintiff(s),

v.

Craig Randall Sawyer et al.

Defendant(s),

Case No. 0:21-cv-02536-ECT-KMM

DATE:
HOUR:
DEPUTY SHERIFF

## SUMMONS IN A CIVIL ACTION

To: Kim Picazio

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randi Lynn Erickson
9285 205th Ave NW
Elk River, MN 55330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: /s/ M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: November 19, 2021

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

Division

|  |  |
|---|---|
| Randi Lynn Erickson<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Craig Randall Sawyer aka CRAIG RANDALL SAWYER, individually and as Principal, Vets for Child Rescue; Robert Hamer aka ROBERT HAMER, individually and as agent; Kim Picazio aka KIM L.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 0:21-cv-02536-ECT-KMM<br>*(to be filled in by the Clerk's Office)*<br><br>**DATE:**<br>**HOUR:**<br>**DEPUTY SHERIFF**<br><br>RECEIVED SHERIFF<br>2021 DEC 10 AM 9:05<br>BROWARD COUNTY, FLORIDA |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Randi Lynn Erickson |
   | Street Address | 9285 205th Ave. NW |
   | City and County | Elk River (Anoka County) |
   | State and Zip Code | Minnesota 55330 |
   | Telephone Number | 763-441-4383 |
   | E-mail Address | randi@realestateexperts.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.