# UNITED STATES OF AMERICA DISTRICT COURT

# DISTRICT OF MINNESOTA

---

Randi Lynn Erickson, Plaintiff

v.                                 Case No. : 21-cv-02536 (ECT/ECW)

**1.) Craig Randall Sawyer**, as Individually and As Principal of Vets for Child Rescue, LLC;

**2.) Rober Hamer**, individually and as Board Member of Vets for Child Rescue, LLC;

**3.) Kim L. Picazio**, individually and as Principal of the Law Firm of Kim L. Picazio, PA



RECEIVED
MAR 04 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

---

### AFFIDAVIT OF MISSING FILES THAT SHOULD HAVE BEEN INCORPORATED INTO THE FILING OF THE MOTION TO DISQUALIFY OF ANOKA COUNTY COURTS, STATE OF MINNESOTA AND FILINGS

---

I, RANDI L. ERICKSON, HAVE DISCOVERED THAT THE FOLLOWING ATTACHED SHOULD HAVE BEEN ATTACHED INTO THE FILING OF THE MOTION TO DISQUALIFY.

*Randi L. Erickson* (signature)

Randi L. Erickson

SCANNED
MAR 04 2022
U.S. DISTRICT COURT MPLS