*filed in Anoka Co. copy*

1

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| | CIVIL DIVISION |
| COUNTY OF ANOKA | TENTH JUDICIAL DISTRICT |

Craig Sawyer_____,
        Plaintiff, in err

vs.

Randi Lynn Erickson_____,
        Defendant, in err

Court File No.    02-CV-21-4480

CASE TYPE: HARASSMENT

AFFIDAVIT IN SUPPORT
OF MOTION TO DISMISS

TO: THE ABOVE DISTRICT COURT

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

NOW COMES: ("Defendant") Randi Lynn Erickson, STATES THE FOLLOWING FOR THE SUPPORT IN THE MOTION FOR DEFAULT JUDGMENT:

I, Randi Erickson, state these facts under penalty of perjury:

1.    Plaintiff comes with unclean hands, and lacks the principle of that of a party who cannot see equitable relief or assert an equitable defense, if that party has violated an equitable principle, such as good faith. Such a party, as the Plaintiff, is described as having "unclean hands" – the unclean hands doctrine is very clear how anyone can or should appear in a court matter. The attached are currently posted to Plaintiff's company website, called Tactical Insider online as Tacticalinsider.com and states many untruth facts;

Libel per se in favor of the Defendant:

2.    An offer a reward of $2,000.00 for my location & arrest of accomplice, Stating Timothy Charles Holmseth is a Convicted Felony Stalker.. When in Fact, no such Felony exists; there is bench warrant in Minnesota and a writ of bodily attachment from Florida;

Craig states that I am providing refuge for Timothy Holmseth, from at least 2 warrants for arrest by Law Enforcement, when in fact Anoka County Sheriff, our local Law Enforcement has been to my home 3 times, and my husband has fully cooperated and shown that this fact is not true.

3.    Craig has created and has a link on this website as https://randierickson.com/wp - the defamation is beyond comprehension, when in fact, I have recently passed Two (2) FBI background checks in the past 6 to 12 months for Professional licenses I hold in Two (2) states. Craig and his team have falsely defamed me personally and professionally.

4.      Craig Sawyer has publicly stated that I am a Fugitive with "multiple warrants" and the journalism that is produced within the 2 websites that I am the acting trustee/publisher for, are on a "defamation rampage against Plaintiff, Craig Sawyer". And that a "fellow defamer" Daniel John Lee, who I have never met and have no idea what this statement is intending to do or create.

5.      In addition, "if you see fugitives Erickson & Holmseth, report their location to law enforcement immediately!!"  For a $7,000 REWARD, see tacticalinsider.com using the tab timothycharlesholmseth

6.      Starting on 9/14/2020, in support of information given to "local law enforcement", Defendant contacted Christopher Beck, Investigator, Anoka County Sheriff, via phone and email regarding the Plaintiff in this case, regarding "retaliation" by the Plaintiff as a result of information given to Investigator Christopher Beck for this reason. This information is NOT for public view, and the Defendant asks the court to grant sealing it from the public, this information is for the courts "eyes" only. (See attached) ~~(see attached)~~ (ATTACHED) if Need be - I will Subpoena him

**Traveling notice and special request** for all further notices regarding this case, & for THIS CASE ONLY, send to randi@realestateexperts.com

By _____
Randi Lynn Erickson