RECEIVED
MAR 0 4 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAR 0 4 2022
U.S. DISTRICT COURT MPLS







# TACTICAL INSIDER

Home   Info   Training   STORE   **TimothyCharlesHolmsethFraud**



screen shot
7-5-2021

# $5,000.00 REWARD!!
For Information Leading To Location & Arrest of Timothy Charles Holmseth

# $2,000.00 REWARD!!
For Information Leading To Location & Arrest of accomplice, Ms Randi Erickson



🔒 https://www.tacticalinsider.com/timothycharlesholmsethfraud.html

tab  🐦 Task Force (@TaskF...   📹 POLICE RECORDIN...   Ⓑ Monon High Bridge...   🏛 The Finders : Feder...   ▶️ War Castles - Milita...   Ⓑ lin wood address s...   🐦 Jessie Czebotar (@



**TIMOTHY CHARLES HOLMSETH**

02.19.18

**DOB:** 6/17/1968

**Booking #:** 1800390

## WANTED
## $5,000 REWARD



tipline: 202-599-5515

**TIMOTHY HOLMSETH**

Wanted in Polk Co, MN &
Broward Co, FL for violating
restraining orders.

**Convicted Felony Stalker, Timothy Charles Holmseth**, has been inexplicably stalking Craig Sawyer for 4 years. The stalking, harassment and defamation with malice began upon Sawyer's founding of Veterans For Child Rescue (V4CR) and the beginning of the arrests of child predators in joint law enforcement operations. V4CR has a 100% conviction rate, which seemed to upset Holmseth, who is homeless, unemployed, is denied custody of his own children, wrote about his pedophile urges in his own book and is the defendant in a major defamation lawsuit and a fugitive from at least 2 known warrants for his arrest

Holmseth is currently being provided refuge from at least 2 warrants for his arrest by law enforcement, accompanied by Ms Randi Erickson.

Holmseth is obsessed and writes up to 2 articles daily, falsely claiming to be an award-winning journalist, which he never was
He also masquerades as some sort of official government entity, which he's never been

Holmseth claims to be part of another fantasy unit that never existed - the Pentagon Pedophile Task Force. Holmseth also falsely claims to be part of the U.S. Military's Joint Special Operations Command (JSOC) which he never has been. That claim is stolen valor - a criminal offense

Holmseth's Bitchute channel is called The High Command, which is a fantasy name he literally took from a childhood cartoon
Holmseth falsely claims to be close to President Trump, even though Trump never even heard of him

Holmseth posts wild, over-the-top fantasy stories for Bitchute clicks, which he monetizes. He has no regard for the truth, only for causing damage to Sawyer and V4CR and for attention and clicks. Holmseth's uneducated & uninformed followers are types who obviously don't vet their tabloid story sources, so Holmseth often claims there are giant underground wars with tens of thousands of children being rescued beneath major U.S. cities like L.A. & NYC. It would be laughable, except for the damage done by these unscrupulous followers who attack real orgs making real contributions in the fight to safeguard children from the very real crime of child trafficking.

In short, Holmseth and his followers cause incalculable harm to children by smearing those who run counter-trafficking operations and by confusing people online with all the fake stories and fake accusations, which discredit the real cause

Holmseth and Erickson are in the process of being brought to legal account for their selfish, bitter and destructive behavior. Any who assist them will be harshly pursued as well. It's time for justice and accountability.

 **Craig Sawyer** ✓

Gabs      Followers      Following

## About

Marine, Navy SEAL, Fed Agent, Founder of V4CR
Producer of Contraland
All My Links: linktr.ee/Sawman

🗓 Member since May 2017

Help · Security · About · Investors · Terms of Sale · DMCA ·
Terms of Service · Privacy Policy · Status · Logout

© 2021 Gab AI, Inc.

Gab Social is open source software. code.gab.

screenshot  6-29-2021

☆  ⋯  Follow

 **Craig Sawyer** ✓ @CraigSawmanSawyer
31m · 💰

Bob Hamer is an American HERO‼ Hamer was a Marine who went under cover with the FBI inside
the child predator group of pedophiles called NAMBLA. Hamer got 8 convictions on NAMBLA's
senior members.

Guess who's attacking Hamer for it?
Admitted Pedophile & convicted felony stalker, Timothy Charles Holmseth.

Creepy stalker Holmseth is currently fleeing law enforcement with multiple warrants. Help us find this
felon & report his location to law enforcement‼

 $ Subscribe 🔕

# THE_HIGH_COMMAND

### THE_HIGH_COMMAND
👥 25839 subscribers

 **TIMOTHY
CHARLES
HOLMSETH**

 **WANTED
$5,000 REWARD**



**Craig Sawyer** ✔ @CraigSawmanSawyer
11m · 🎖

· · ·

REWARD‼️ tacticalinsider.com/timothycharlesholmsethfra...

*Screenshot 7-5-2021*

# There's a $7k REWARD for info on convicted Felon & Fugitive Timothy Charles Holmseth‼️ See details on Tactical Insider.

4 likes   2 comments   3 reposts

 **Craig Sawyer** ✔ @CraigSawmanSawyer
7h · 🍗

Screenshot  7-7-2021

$7,000 REWARD‼️ 💵 💶

A private group is offering a $5,000 REWARD for information leading to the arrest of convicted felony stalker & current fugitive from multiple warrants for his arrest, #TimothyCharlesHolmseth and a $2,000 REWARD for info leading to the arrest of his accomplice, Ms #RandiErickson. Both last seen fleeing law enforcement in MN.

 **Craig Sawyer** ✔ @CraigSawmanSawyer 🔬 · 3h

Holmseth & his accomplice, Randi Erickson have fled their home state of MN to avoild law enforcement. Help capture these fugitives and collect the reward‼️

Like    Reply    Repost    ...

 **Craig Sawyer** ✔ @CraigSawmanSawyer 🔬 · 2 likes · 3h

Lock them up‼️🇺🇸



**+1 (202) 599-5515** ›

Text Message
Today 10 29 AM



**WANTED**

**TIMOTHY HOLMSETH**
SPOTTED IN ELK RIVER, MN

**Call police if you see him!**

**$5,000 REWARD** for info leading to
arrest

WANTED IN POLK COUNTY, MN
AND BROWARD COUNTY, FL
FOR REPEATED HARASSMENT
& RESTRAINING ORDER
VIOLATIONS

This man is allegedly staying with
Randi Erickson in Elk River, MN.

 **Craig Sawyer** ✔ @CraigSawmanSawyer
3h · 🜚 · Edited

This convicted FELON has been creepy stalking me for 4 years from the moment I began arresting & convicting pedophile child predators. He is obsessed.
His felony stalking is chronic.
Every time a troll posts fake accusations trying to tie me to rancid crooks like Killary, I will repost & re-expose the source - Holmseth, so more people learn of Holmseth's life of fraud, his felony convictions, his 2 current warrants for his arrest & his ties to a luciferian cult & pedophile behavior.
Learn to vet your sources, trolls. Seriously.
This is one of Holmseth's official mugshots during one of his arrests. More are set to follow.
He claims to be "High Command." That's fake.
He claims to be "Pentagon Pedophile Task Force". That's also a FAKE - non-existent entity ‼️
He claims to be JSOC. That's false - he's never been in JSOC, but I have.
He's just a fraud who stalks public figures & writes fake shock claims for clicks. Easy to disprove.
No excuse for using him as any legit source.





Facebook page for Adrian John Wells.



**PLANE CRASH Investigations**
Mar 10, 2020 · 🌐

General David John HURLEY, Australia Army.
Year of Active Duty 1983,
I got Kidnapped by Australian Defence Department.
Madness of Men In the ARMY will never make Sense, to The
Strategy he Planned.

Area 51 USA, We Entered Illegally by Memory, with an American
Citizen U.S. Army Soldier Craig Randall Sawman SAWYER
1983-1984.

I was Only Four and Half Year's old, Yet Still Expected by Rough
Men to Pay Attention to the Situation, where I did meet USAF
Staff onsite at Area 51 USA,  Where in the Month's October to
December 1983, Tacit Blue Whale, Test Spy Plane During my Stay
at Area 51 USA.



**PLANE CRASH Investigations**
Mar 10, 2020 · 🌐

*FB of*
*Adrian John Wells*

General David John HURLEY, Australia Army.
Year of Active Duty 1983,
I got Kidnapped by Australian Defence Department.
Madness of Men In the ARMY will never make Sense, to The
Strategy he Planned.

Area 51 USA, We Entered Illegally by Memory, with an American
Citizen U.S. Army Soldier Craig Randall Sawman SAWYER
1983-1984.

I was Only Four and Half Year's old, Yet Still Expected by Rough
Men to Pay Attention to the Situation, where I did meet USAF
Staff onsite at Area 51 USA,  Where in the Month's October to
December 1983, Tacit Blue Whale, Test Spy Plane During my Stay
at Area 51 USA.

David John HURLEY, ARMY OFFICER of Royal Military College
Duntroon A.C.T.
Year of 1983, We Covered The United States of America, as He
Shared Secret Intelligence Service Information,
Also Known as "Cyber Future's"
9/11 In the Year of Active Duty 1983, Already an Active Duty
Service in that Cyber Security Intelligence Service, Departments
of Five Eye's Spy Agency,
We Came from Australia, I was Enlisted as Major General
Security Intelligence Clearance, Age 4 Year's old.
My Master, Dragging me around the world like a Rag Doll,
David John HURLEY, Commanding Officer, of my Child Existence
within Secret Synthetic Biology Telepathy Security Intelligence
Service.

Head of the CIA William Casey, I believe Ended up Granting
Authorized Security Clearance, for David Hurley ARMY OFFICER
and Australian Child, to Enter Military Underground Facilities in
the United States of America for Research Inspection.

Craig Randall Sawman SAWYER U.S ARMY SOLDIER, Remained
with us Present at Most Times in USA.

SR-71 Blackbird has a Stimulating Reworking Experience for me



**Craig "Sawman" Sawyer** 🇺🇸 @CraigRSawyer · 50m          ···

Replying to @shandorka2

I never spent time w Killary. She only visited my AO in Iraq once as a jr Senator w McCain where I was Dept of State AIC for high-threat mobile security. Anyone claiming I ever worked for her, or was her "bodyguard" is either a liar, or misinformed.

💬 1                    ⟲                    ♡ 1                    ⬆



*from Tactical Insider Info*

After returning from Desert Storm, Craig served as a SEAL Sniper Instructor until being promoted to DEVGRU. While serving at SEAL Team One, Craig fought in various Martial Arts tournaments in South-East Asia, as well as SCARS (Special Combat Aggressive Reaction System) hand-to-hand training under Jerry Peterson and Lew Hicks. These experiences built upon his Martial Arts history of fighting martial arts, such as the Karate Olympics tournaments in Houston, TX and one year of formal boxing under Henry & Jim Harris.

**All operations and activity while assigned to DEVGRU remain classified and are not represented here.**

After serving in the Navy, Craig signed on as one of the "Original 33" Federal Air Marshals, who were in place prior to the 9/11 attacks against the U.S. Craig remained there for 5 years reaching the management rank of J-Payband ATSAC (GS-14). At that point, Craig began contracting in the various combat zones, running tactical teams and protecting high-level U.S. Dignitaries.

In the realm of "International High-Threat, Mobile Security", Craig has served as Agent In Charge, contracting for the U.S. Dept of State and other U.S. Gov't agencies running the specialized teams responsible for providing mobile security for their high-ranking officials while in high-threat war zones. Some of those officials have been:

U.S. Senators Hilary Clinton and John McCain
U.S. Secretary of Defense, Donald Rumsfeld
U.S. Ambassador John Negroponte
Other U.S. Ambassadors and various, key U.S. leaders.
Other specialized training and experience in this area remains classified.
*NOTE: Professional protection of official U.S. dignitaries while on duty overseas DOES NOT necessarily indicate personal endorsement of each dignitary.

Craig still remains operationally active in multiple roles. In addition, he often instructs various advanced training courses under his Tactical Insider banner.

In Hollywood, Craig has made a name for himself in many household and challenging shows:

Most frequent "Expert" on all 5 seasons of History Channel's TOP SHOT
Team Leader and voice for Animal Planet's BATTLEGROUND: RHINO WARS
Military Channel's DEADLIEST TECH: SPEC OPS
History Channel's SNIPER: DEADLIEST MISSIONS
History Channel's (H2) TOP GUNS
Craig co-starred in a new movie for 2016, Army Dog, with Casper Van Dien
Virtually every major television news station and morning talk show, including THE TODAY SHOW, FOX & FRIENDS, MORNING JOE, CBS EVENING NEWS, FOX NEWS, THE DYLAN RADIGAN SHOW, etc.
There are 2 new feature films going into production with Craig as Tach Advisor, Co-Producer, and/or Actor.
GunnyTime season 4 is already in production with Craig co-starring with R Lee Ermey.

Non-Profit: Craig has recently launched Veterans For Child Rescue, which is a task force of senior veterans of the counter-terrorist, intelligence, federal law enforcement, international counter-poaching and film & television communities who are dedicated to expose and help combat abusive child sex trafficking rings in order to create a

**wikia**.org

After his military career, Sawyer has run specialized teams to provide security to politicians and dignitaries like Hillary Clinton, John McCain, Donald Rumsfeld, and John Negroponte, among others.

55 Tweets

**FOLLOW**

**Tweets**          **Tweets & replies**          **Media**          **Likes**

---

**aspen sawyer** @AspenSawyer · Feb 4                    •••

So anyways, don't support the new TV show coming out about V4CR with my dad because the organization and show was started because of me and I have been left out of it. My dad continues to make money off of me and I get nothing. So support me instead (my EP is coming soon)

💬 2          🔁 2          ♡ 9          ⬆️

---

**aspen sawyer** @AspenSawyer · Feb 4                    •••

Like I'm a 22 year old adult I can speak for myself and all of my social media accounts are under my name, they're not hard to find. If you can't contact me yourself then it's your loss at that point lol 🙍🏻‍♀️

💬          🔁          ♡ 2          ⬆️

**Show this thread**

---

**aspen sawyer** @AspenSawyer · Feb 4                    •••

I wish producers and anyone else who wanted to work with me would just contact me directly instead of trying to contact me through my abusive parents that I don't even talk to anymore because all they're going to do is tell you no and ruin opportunities for me



**Craig "Sawman" Sawyer** 🇺🇸 @CraigRSawyer · 17h                    ००

Friends, allies & prayer warriors, PLEASE join us in an constant prayer vigil, interceding on a certain little lamb's behalf. Satan is using her vulnerabilities as she struggles to separate her from all who love & protect her. We won't stop fighting until she's ok. 🙏 #GodsChild

💬 62              🔁 198               620              ⬆️



**aspen sawyer** @AspenSawyer · 16h                    ००

Y'all don't need to pray for me. My dad is the one who put me in danger and now wants to keep talking about me as if something out of his control happened to me. This is the last time I will speak on this but I will not let my dad continue to lie in public about me.  He's insane

💬              🔁 1              ♡ 2              ⬆️

 **aspen sawyer** @AspenSawyer · 20h   ○○○
My dad is such a piece of shit. He's trying to get me kicked out of my own apartment that's in my name just because I don't want to go to counseling with him. If you have mentally stable parents please be grateful.. I don't even speak to mine and I'm still dealing with this shit

♡ 1



**katzygolf**
@katzygolf

Replying to @cgb88 @WorldInAGirl1 and 12 others

your man craigrsawyer is a gatekeeper for pedophile trafficking - pretends to be good guy but is part of the crime. He sold his own daughter Aspen repeatedly until she arranged her own murder. Look up his name on Fiona Barnett's website. I wish more people knew that.

10:25 PM · May 26, 2020 · Twitter Web App

**1** Quote Tweet   **1** Like



← **aspen sawyer**
.   .   63 Tweets

**Follow**



🏅 **aspen sawyer** @AspenSawyer · Feb 17

Don't Play With My Heart is out on all platforms now! iTunes link is in my bio and you can stream it on Spotify or apple music too :)
itunes.apple.com/album/id149866...

💬          ↻ 1          ♡ 5          ⬆️

↻ **aspen sawyer Retweeted**



**trah** @TRVSSOS · Sep 25                                          ○○○
Replying to **@CraigRSawyer**

She is sitting right next to me. I'm the one accompanying her on the bus, the laundromat and to and from work.

Someone has made a fraudulent gofundme with the bs info you gave them. Aspen had no idea about this. This is fraud.

💬 1          ↻ 2          ♡ 1          ⬆️

↻ **aspen sawyer Retweeted**



**trah** @TRVSSOS · Sep 25                                          ○○○
**@CraigRSawyer** once again proving his terrific parenting skills by helping create a fraudulent gofundme in his daughter's name without giving her any of the money.

Here is the real Gofundme for Aspen:



⌄ ⏋ ⌊↓ ⊂ ⌄ ⏋ ⎵

⇄ aspen sawyer Retweeted

**trah** @TRVSSOS · Sep 25 ⌄

@CraigRSawyer once again proving his terrific parenting skills by helping create a fraudulent gofundme in his daughter's name without giving her any of the money.



**Levi Page** @LeviPageTV · 23h

Replying to @AspenSawyer @TaskFor26668668 and @KILRUSH100

Hi Aspen, I have no desire to get into your family business with your father. That is your business. However, ignore any trolls that contact you. **Timothy Holmseth** & "Task Force" aka Randi Erickson are perverts that are scamming people claiming they work for Trump & the Pentagon.

 **aspen sawyer** @AspenSawyer · 19h

If you have parents that aren't disgusting mentally ill evil people appreciate that shit. I'd give anything to have remotely decent parents that I could have a relationship with. It's heartbreaking

♡ 2