# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Randi Lynn Erickson<br><br>Plaintiff,<br><br>v.<br><br>Craig Randall Sawyer, Robert Hamer, Kim Picazio,<br><br>Defendants,<br><br>and<br><br>Craig Randall Sawyer,<br><br>Counter Claimant,<br><br>v.<br><br>Randi Lynn Erickson,<br><br>Counter Defendant. | **CLERK'S ENTRY OF DEFAULT**<br><br>Case Number:  21-cv-2536 ECT/ECW |

It appearing that counter defendant Randi Lynn Erickson is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of counter claimant, Craig Randall Sawyer

DEFAULT IS HEREBY ENTERED against Randi Lynn Erickson

KATE M. FOGARTY, CLERK

Date: 4/15/2022